492

616 A.2d 613

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

**v.**

**Randall Stewart REETZ, Respondent.**

**No. 906 Disciplinary Docket No. 2.**
**Disciplinary Board No. 104 DB 92.**

Supreme Court of Pennsylvania.

Nov. 19, 1992.

## ORDER

PER CURIAM:

AND NOW, this 19th day of November, 1992, there having been filed with this Court by Randall Stewart Reetz his verified Statement of Resignation dated October 15, 1992, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Randall Stewart Reetz be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.